XIAOCUI LIU, Petitioner,

v.

Alberto R. GONZALES, Attorney
General, Respondent.

No. 03–74318.

United States Court of Appeals,
Ninth Circuit.

Submitted April 5, 2006.*

Decided April 10, 2006.

Xiaocui Liu, Monterey Park, CA, pro se.

Regional Counsel, Western Region Im-
migration & Naturalization Service, Lagu-
na Niguel, CA, Ronald E. Lefevre, Chief
Legal Officer, Office of the District Coun-
sel Department of Homeland Security, San
Francisco, CA, Oil Room 700S, Office of
Immigration Litigation Civil Division, De-
partment of Justice, Washington, DC, for
Respondent.

Before: HAWKINS, MCKEOWN, and
PAEZ, Circuit Judges.

MEMORANDUM **

Xiaocui Liu, a native and citizen of Chi-
na, petitions pro se for review of an order
of the Board of Immigration Appeals af-
firming without opinion an Immigration
Judge's ("IJ") denial of her applications for
asylum, withholding of removal, and relief
under the Convention Against Torture
("CAT"). We have jurisdiction under 8
U.S.C. § 1252. Reviewing for substantial
evidence, *Yeimane–Berhe v. Ashcroft*, 393
F.3d 907, 910 (9th Cir.2004), we grant the
petition for review.

Substantial evidence does not support
the IJ's adverse credibility determination
because, despite Liu's submission of two
disputed documents, she otherwise testi-
fied credibly and her testimony was cor-
roborated by other evidence in the record.
*See id.* at 911 (holding that submission of a

---

* This panel unanimously finds this case suit-
  able for decision without oral argument. *See*
  Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
   cation and may not be cited to or by the
   courts of this circuit except as provided by
   9th Cir. R. 36–3.

fraudulent document that may go to the heart of the claim is not determinative of adverse credibility, especially where there is no other reason to question credibility). Additionally, contrary to the IJ's finding, Liu never testified that she did not know proselytizing in China was illegal.

Therefore, we grant the petition and remand for further proceedings to determine whether, accepting Liu's testimony as credible, she is eligible for asylum, withholding of removal, or CAT relief. *See INS v. Ventura*, 537 U.S. 12, 16–18, 123 S.Ct. 353, 154 L.Ed.2d 272 (2002) (per curiam).

**PETITION FOR REVIEW GRANTED and REMANDED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.